SHAPERO, SHAPERO & HURST, PPC
Steven J. Shapero (Cal. Bar No. 90282)
E. Rich Hurst (Cal. Bar No. 176614)
5950 Canoga Ave., Suite 404
Woodland Hills, California 91367

Counsel for Plaintiffs Israel Kachuck, individually and as trustee of the Kachuck Family Insurance Trust, and Norman Kachuck, M.D.

12-19-11
E-FILED 1~~2/16/11~~
JS-6

JENNER & BLOCK LLP
Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
Christopher C. Chiou (Cal. Bar No. 233587)
cchiou@jenner.com
Jean M. Doherty (Cal. Bar No. 264308)
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Counsel for Defendant Midland National Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL KACHUCK, individually and as trustee of the KACHUCK FAMILY INSURANCE TRUST, NORMAN KACHUCK, M.D., <br><br>　　　　Plaintiffs, <br>　　v. <br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY; and DOES 1-20, inclusive, <br><br>　　　　Defendants. | Case No. 11-05248 (PSG) (AJW) <br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |

[Proposed] Order Dismissing Action With Prejudice

## ORDER

Pursuant to the Stipulation filed by the parties, and good cause appearing, THE COURT HEREBY ORDERS:

1. This action is dismissed with prejudice.
2. Each party shall bear its own legal costs and fees incurred in connection with this action.
3. The Court shall retain jurisdiction in the event that certain conditions in the Settlement Agreement become applicable and this case must be returned to an active docket for further prosecution.

Dated: 12/19/11

**PHILIP S. GUTIERREZ**

The Honorable Philip S. Gutierrez
U.S. District Court for the
Central District of California